UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1733

Zachary Greenberg

v.

Jerry M. Lehocky, et al

(E.D. Pa. No. 2-20-cv-03822)

Present:  CHAGARES, Chief Judge, SCIRICA and AMBRO, Circuit Judges

1. MOTION filed by Amicus Appellants Allegheny County Bar Association, Interbranch Commission for Racial Gender and Ethnic Fairness, Pennsylvania Bar Association, Philadelphia Bar Association and Appellant Jerry M. Lehocky to Amend Opinion,

Respectfully,
Clerk/amr

_____ORDER_____
The foregoing motion to amend the opinion is granted. The Clerk is directed to file the amended opinion to include the amicus parties and amicus counsel Thomas G. Wilkinson and re-file the opinion on the docket as of the original file date.  As the change to the opinion is of clerical nature, the judgment is not affected and remains as originally filed.

By the Court,

s/Anthony J. Scirica
Circuit Judge

Dated: September 22, 2023
CJG/cc:       All Counsel of Record